Leslie Bryan Hart, Esq. (SBN 4932)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228
lhart@fclaw.com

(*Pro Hac Vice* Petition to be submitted)
George E. Kostel, Esq.
IMPRESA LEGAL GROUP
3033 Wilson Blvd., Suite 700
Arlington, Virginia 22201
Tel: 703-842-0660
georgekostel@impresalegal.com
*Attorneys for Defendant Renato Libric*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>Plaintiff,<br>vs.<br><br>RENATO LIBRIC, individually; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:18-cv-00425-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiff Moose Run, LLC, and Defendant Renato Libric, by and through their undersigned counsel, hereby agree and stipulate that the deadline by which Defendant must answer or otherwise respond to the Complaint is extended to April 13, 2018.

This extension is appropriate to allow Defendant's newly retained counsel to review the Complaint and prepare a responsive pleading. This is the parties' first request for an extension of time and is not intended to cause any undue delay or prejudice to any party.

DATED: March 26, 2018.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **BOWEN LAW OFFICES** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228<br>lhart@fclaw.com | By: /s/ Daniel P. Nubel<br>Jerome R. Bowen, Esq.<br>Daniel P. Nubel, Esq.<br>9960 W. Cheyenne Ave., Suite 250<br>Las Vegas, NV 89129<br>twilcox@lvlawfirm.com |
| and | *Attorneys for Plaintiff Moose Run, LLC* |

13779448

| | |
|---|---|
| 1 | **IMPRESA LEGAL GROUP** |
| 2 | (*Pro Hac Vice* Petition to be submitted) |
| | George E. Kostel, Esq. |
| 3 | 3033 Wilson Blvd., Suite 700 |
| | Arlington, Virginia 22201 |
| 4 | Tel: 703-842-0660 |
| | georgekostel@impresalegal.com |
| 5 | |
| | *Attorneys for Defendant Renato Libric* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2018

13779448

2

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200