JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*
*MOOSE RUN, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>RENATO LIBRIC, individually and DOES 1-10,<br><br>        Defendant. | **Case No. 2:18-cv-00425-GMN-NJK** |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANT RENATO LIBRIC'S MOTION TO DISMISS COMPLAINT**
**(First Request)**

The Parties have stipulated to give Plaintiff a fourteen (14) day extension of time to file the Opposition to Defendant Renato Libric's Motion to Dismiss Complaint (ECF No. 47) and Supplement (ECF NO. 9) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel have numerous conflicts arise.

The Parties request a fourteen day extension of time, up to and including, May 11, 2018, for Plaintiff to file its Opposition. The Defendant shall up to and including May 29, 2018 to file a reply brief. This is the first extension of time requested by the Parties related to this Motion (ECF No. 9).

/ / /

/ / /

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including May 11, 2018, to file its Opposition to Renato Libric's Motion to Dismiss Complaint (ECF No. 9)  The Defendant shall up to and including May 29, 2018 to file a reply brief

Dated this 24th day of April, 2018.                              Dated this 24th  day of April, 2018.

/s/ Jerome R. Bowen, Esq.                                            /s/ Leslie Bryan Hart, Esq.
JEROME R. BOWEN, ESQ.                                         LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4540                                                    Nevada Bar No. 4932
BOWEN LAW OFFICES                                              BRANDI M. PLANET, ESQ.
9960 W. Cheyenne Avenue, Suite 250                          Nevada Bar No. 11710
Las Vegas, Nevada 89129                                           FENNEMORE CRAIG, P.C.
Attorneys for Plaintiff                                                    300 E. Second Street, Suite 1510
                                                                                      Reno, Nevad 89501

                                                                                      (Pro Hac Vice Petition to be submitted)
                                                                                      George E. Kostel, Esq.
                                                                                      Jason P. Matechak, Esq.
                                                                                      Impresa Legal Group
                                                                                      3033 Wilson Blvd., Suite 700
                                                                                      Arlington, Virginia 22201
                                                                                      Attorneys for Defendant Renato Libric

## ORDER

IT IS SO ORDERED.

DATED this __25__ day of April, 2018.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**