Leslie Bryan Hart, Esq. (SBN 4932)
Brandi M. Planet, Esq. (SBN 11710)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228
lhart@fclaw.com; bplanet@fclaw.com

(*Pro Hac Vice* Petition to be submitted)
George E. Kostel, Esq.
Impresa Legal Group
3033 Wilson Blvd., Suite 700
Arlington, Virginia 22201
Tel: 703-842-0660
georgekostel@impresalegal.com

*Attorneys for Defendant Renato Libric*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>RENATO LIBRIC, individually; and DOES 1-10,<br><br>　　　　　　　Defendants. | CASE NO.: 2:18-cv-00425-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiff Moose Run, LLC, and Defendant Renato Libric, by and through their undersigned counsel, hereby agree and stipulate that the deadline by which Defendant must answer or otherwise respond to the Amended Complaint filed on May 4, 2018 (ECF No. 14) is extended from May 18, 2018 to June 1, 2018.

This extension is appropriate to allow Defendant's counsel additional time to prepare a response to the Amended Complaint, which was filed in response to Defendant's Motion to Dismiss Complaint filed on April 14, 2018 (ECF No. 9). The Amended Complaint alleges new facts, as well as a new cause of action, which require consultation with Defendant prior to the filing of a further responsive pleading. This is the parties' first request for an extension of time

///

///

13928293

to respond to the Amended Complaint and is not intended to cause any undue delay or prejudice to any party.

DATED: May 17, 2018.

| **FENNEMORE CRAIG, P.C.** | **KEMP, JONES & COULTHARD, LLP** |
|---|---|
| By: /s/ Leslie Bryan Hart <br> Leslie Bryan Hart, Esq. (SBN 4932) <br> 300 E. Second St., Suite 1510 <br> Reno, Nevada 89501 <br> Tel: 775-788-2228 <br> lhart@fclaw.com <br><br> and <br><br> **IMPRESA LEGAL GROUP** <br><br> (*Pro Hac Vice* Petition to be submitted) <br> George E. Kostel, Esq. <br> 3033 Wilson Blvd., Suite 700 <br> Arlington, Virginia 22201 <br> Tel: 703-842-0660 <br> georgekostel@impresalegal.com <br><br> *Attorneys for Defendant Renato Libric* | By: /s/ Michael J. Gayan <br> Michael J. Gayan, Esq. <br> Ian P. McGinn, Esq. <br> 3800 Howard Hughes Pkwy, 17th Flr. <br> Las Vegas, NV 89169 <br> m.gayan@kempjones.com <br> i.mcginn@kempjones.com <br><br> *Attorneys for Plaintiff Moose Run, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2018

13928293

2